1  K. Tom Kohan, Esq., State Bar No. 225420
   KOHAN LAW FIRM
2  445 South Figueroa Street, 27th Floor
   Los Angeles, California 90071
3  Telephone:  310.349-1111
   Facsimile:   213.612-7715
4  Email:  tom@kohanlawfirm.com

5  Attorney for Defendants
   CIRANA CORPORATION and
6  SAM DOWLAT

7

8  **JS 6**

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12  CHANGSHU JICHENG SPINNING AND WEAVING COMMODITIES CO., LTD., | CASE NO. CV14-4178-DSF (JPRx) |
|---|---|
| 13 | [Honorable Dale S. Fischer] |
| 14             Plaintiff, | |
| 15       v. | **ORDER GRANTING PARTIES' STIPULATION TO REMAND ACTION TO STATE COURT** |
| 16  CIRANA CORPORATION; SAM DOWLAT, ET AL. | |
| 17             Defendants. | Action Filed:  May 30, 2014<br>Trial Date:  None Set |

18
19
20
21
22
23
24
25
26
27
28

                                                            STIPULATION TO REMAND

Having reviewed the Stipulation of the Parties Remanding Action to State Court and good cause existing therefor,

IT IS HEREBY ORDERD THAT this action is hereby remanded to Los Angeles Superior Court.

DATED: June _9, 2014

*Dale S. Fischer*

HON. DALE S. FISCHER
United States District Judge